663 A.2d 1348

JOAN BYRON–MARASEK v. JOSEPH JACK MEROLA, ETC.

December 13, 1994.

## ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

663 A.2d 1348

CIRCLE CHEVROLET COMPANY, ETC., ET AL. v. GIORDANO, HALLERAN & CIESLA., ET AL.

January 11, 1995.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the motion to vacate the order of dismissal and reinstate the notice of appeal is granted.

663 A.2d 1348

MYSTIC ISLE DEVELOPMENT CORPORATION, ET AL. v. PER-SKIE AND NEHMAD, ET AL. AND WEYMOUTH TOWN-SHIP MUNICIPAL UTILITIES AUTHORITY, ET AL.

January 11, 1995.

## ORDER

Leave to appeal is granted.